ORIGINAL



FILED

03/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0080

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0080

THEO BUFFALO BULLTAIL,

Petitioner,

v.

STATE OF MONTANA and
TROOPER FRENCH,

Respondents.

FILED

MAR 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Theo Summers Buffalo Bulltail petitions this Court for a writ of review, pursuant to § 27-25-102, MCA. Bulltail asserts that review is appropriate because he has "no other plain speedy or adequate remedy to obtain [the] record and Justice as it pertains to the government officer of Judiciary (Trooper)." In his labeled "affidavit" which is not notarized, he contends that this Trooper acted erratically for two to four miles while pursuing Bulltail and flashing his headlights without his top lights or sirens. Bulltail adds that he feared for his safety and headed for the reservation. He states that the Trooper activated his top lights later. Bulltail puts forth that, as a result, he was in a wreck that caused physical damage to his body. He further contends that the officer should have used his lights for a stop. Bulltail asks for our review because he almost lost his life.

A writ of review, also known as certiorari, has specific statutory procedures. Sections 27-25-101, through 27-25-305, MCA. Typically, this Court reviews proceedings for contempt or where a lower court or tribunal has exceeded its jurisdiction. Sections 27-25-102(1) and (2), MCA; *Animal Found. of Great Falls v. Mont. Eighth Judicial Dist. Ct.*, 2011 MT 289, ¶ 16, 362 Mont. 485, 265 P.3d 659. An application for writ of review "must be made on affidavit by the party beneficially interested[.]" Section 27-25-201, MCA. The writ typically applies to proceedings where a transcript or record would be available. Sections 27-25-202, MCA.

Bulltail does not present a proceeding for review under Montana law. This Court declines to review these allegations and this matter because it is not a proceeding before any tribunal with any sort of record or transcript. Sections 27-25-102 and -202, MCA. Bulltail is challenging a Trooper's actions during pursuit, leading to Bulltail suffering injuries after he drove off the road. Bulltail has a remedy at law by raising such issues concerning his arrest in a criminal proceeding. We point out that Bulltail is on a federal hold in the Yellowstone County Detention Center.[1] Therefore,

IT IS ORDERED that Bulltail's Petition for Writ of Review is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: Trooper Joshua French; counsel of record, and Theo Buffalo Bulltail personally.

DATED this 1st day of March, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

---

[1] The jail roster has Theo Buffalo Bulltail listed since January 18, 2022, and being held on federal charges. www.yellowstonecountymt.gov/sheriff/detention/dcsearch.asp, last visited February 23, 2022.

2